UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HERIBERTO HERNANDEZ, ET AL.,

            Plaintiffs,

   - against -

LAS MARAVILLAS DE MEXICO RESTAURANT CORP. ET AL.,

            Defendants.

20 Civ. 6129 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2020

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 13, 2020.

SO ORDERED.

Dated:    New York, New York
           October 30, 2020

                                     /s/ John G. Koeltl
                                     John G. Koeltl
                             United States District Judge