**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

HERIBERTO HERNANDEZ, *individually and*
*on behalf of others similarly situated,*

                                     *Plaintiff*,

              -against-

LAS MARAVILLAS DE MEXICO
RESTAURANT CORP.  (D/B/A LAS
MARAVILLAS DE MEXICO), PIEDAD
MARTINEZ, and HECTOR MARTINEZ,

                                  *Defendants.*
---------------------------------------------------------X

**Docket No.: 20-cv-06129-JGK**


**<u>PROPOSED JUDGMENT</u>**

       WHEREAS, on or about April 1, 2021, Defendants, LAS MARAVILLAS DE MEXICO RESTAURANT CORP. (d/b/a LAS MARAVILLAS DE MEXICO), PIEDAD MARTINEZ, and HECTOR MARTINEZ, extended to Plaintiff, HERIBERTO HERNANDEZ, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Thirty-Five Thousand Dollars and No Cents ($35,000.00)</u>, and whereas said Plaintiff accepted said offer on or about April 1, 2021,

       JUDGMENT shall be entered in favor of Plaintiff and against Defendants in the amount of <u>Thirty-Five Thousand Dollars and No Cents ($35,000.00)</u>.


    Dated: New York, New York
              _____ , 2021


                              _____
                              HON JOHN G. KOELTL, U.S.D.J.