UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

HERIBERTO HERNANDEZ, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

LAS MARAVILLAS DE MEXICO RESTAURANT CORP. (D/B/A LAS MARAVILLAS DE MEXICO), PIEDAD MARTINEZ, and HECTOR MARTINEZ,

                *Defendants*.
------------------------------------------------------X

Docket No.: 20-cv-06129-JGK

~~PROPOSED~~ JUDGMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 4-5-2021
DATE FILED: _____

WHEREAS, on or about April 1, 2021, Defendants, LAS MARAVILLAS DE MEXICO RESTAURANT CORP. (d/b/a LAS MARAVILLAS DE MEXICO), PIEDAD MARTINEZ, and HECTOR MARTINEZ, extended to Plaintiff, HERIBERTO HERNANDEZ, an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Thirty-Five Thousand Dollars and No Cents ($35,000.00)</u>, and whereas said Plaintiff accepted said offer on or about April 1, 2021,

JUDGMENT shall be entered in favor of Plaintiff (alone) and against Defendants in the amount of <u>Thirty-Five Thousand Dollars and No Cents ($35,000.00)</u>.

Dated: New York, New York
        4/5 , 2021

                                            _____
                                            HON. JOHN G. KOELTL, U.S.D.J.